**SECOND DIVISION**
**ANDREWS and BRANCH, JJ.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules

**December 20, 2016**

# In the Court of Appeals of Georgia

A15A0688. JOHNSON v. BANK OF AMERICA, N.A.

BRANCH, Judge.

In *Bank of America, N.A. v. Johnson*, (Case No. S15G1878, decided Oct. 31, 2016), the Supreme Court of Georgia reversed this court's decision in *Johnson v. Bank of America, N.A.*, 333 Ga. App. 539 (773 SE2d 810) (2015). Accordingly, we vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and affirm the trial court's judgment.

*Judgment affirmed. Miller, P. J., and Andrews, J., concur.*